396 Pa. 100 (1959)
Shoemaker, Appellant,
v.
Lehigh Valley Coal Company.
Supreme Court of Pennsylvania.
Argued April 30, 1959.
May 28, 1959.
*101 Before BELL, MUSMANNO, JONES, COHEN, BOK and McBRIDE, JJ.
Mitchell Jenkins, with him Charles H. Miner, Jr., for appellant.
James P. Harris, with him Jonathan C. Valentine, for appellee.
OPINION PER CURIAM, May 28, 1959:
Judgment affirmed on the opinion of Judge FRANK L. PINOLA, 16 Pa. D. & C. 2d 770.